[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 09-14766
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCTOBER 4, 2010
JOHN LEY
CLERK

D. C. Docket No. 09-00138-CR-RDP-TMP

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

BRYANT BERNARD EVANS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

(October 4, 2010)

Before CARNES, MARCUS and HILL, Circuit Judges.

PER CURIAM:

James M. Kendrick, appointed counsel for Bryant Bernard Evans in this

direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Evans's conviction and sentence are **AFFIRMED**.